# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JUNE KEITH,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **AMERICAN INSURANCE ORGANIZATION, LLC.,** *Defendant.* | No. 1:21-cv-01083-STA-jay |

## NOTICE OF SETTLEMENT

Plaintiff June Keith notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

*/s/ Bradley G. Kirk*
Bradley G. Kirk (017100)
3000 Walnut Grove Rd, Suite 200
Memphis, TN 38111
Phone: (901) 206-6163
Email: bgkirklaw@gmail.com

*Counsel for Plaintiff*