# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JUNE KEITH,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **AMERICAN INSURANCE ORGANIZATION, LLC.,** <br><br> *Defendant.* | No. 1:21-cv-01083-STA-jay |

## NOTICE OF DISMISSAL

Plaintiff June Keith hereby gives notice of the dismissal of this action with prejudice as to the Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: August 27, 2021

/s/ Bradley G. Kirk
Bradley G. Kirk (017100)
3000 Walnut Grove Rd, Suite 200
Memphis, TN 38111
Phone: (901) 206-6163
Email: bgkirklaw@gmail.com

*Counsel for Plaintiff*