UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**JUNE KEITH,**                                          **JUDGMENT IN A CIVIL CASE**

    Plaintiff,

vs.

**AMERICAN INSURANCE ORGANIZATION,**      **CASE NO: 21-1083-STA-jay**

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered on August 31, 2021, this cause is hereby DISMISSED with prejudice.

                                                               **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/1/2021                        THOMAS M. GOULD
                                         Clerk of Court

                                             s/Maurice B. BRYSON

                                             (By)   Deputy Clerk